583 A.2d 306
JOSEPH FALCHETTA v. BERTRAM LEVINSTONE, M.D.

January 23, 1990.

Cross-petition for certification dismissed as moot.

583 A.2d 306
CARLSTADT–EAST RUTHERFORD REGIONAL BOARD OF
EDUCATION v. BECTON EDUCATION ASSOCIATION.

January 23, 1990.

Petition for certification denied.

583 A.2d 307
JAMES J. DEVINS v. BOROUGH OF BOGOTA.

January 23, 1990.

Petition for certification granted. (See 237 *N.J.Super.* 596, 568 *A.*2d 903)

583 A.2d 307
JUX L. MAHR v. FORM TOPS LAMINATORS, INC.

January 23, 1990.

Petition for certification denied.